FILED
2022 Aug-30  AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit

# 1

# ALABAMA SJIS CASE DETAIL



**PREPARED FOR: GARY BROWN**

County: **01**   Case Number: **DV-2022-902255.00**   Court Action:

Style: **ANTHONY CHAMBLIN V. SOCIAL SECURITY ADMINISTRATION**



**Real Time**

## Case

### Case Information

| | | | |
|---|---|---|---|
| County: | **01-JEFFERSON - BIRMINGHAM** | Case Number: | **DV-2022-902255.00** | Judge: | **MRC:MARTHA REEVES COOK** |
| Style: | **ANTHONY CHAMBLIN V. SOCIAL SECURITY ADMINISTRATION** | | | | |
| Filed: | **04/12/2022** | Case Status: | **ACTIVE** | Case Type: | **MISC DV CASE** |
| Trial Type: | **BENCH** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **1** | | |

### Damages

| | | | |
|---|---|---|---|
| Damage Amt: | **20000.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Disposition Date of Appeal: | Disposition Judge: **:** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: **04/21/2022** | Updated By: **LAB** |

## Settings

### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1 | 01/12/2023 | 003 | 01:00 PM | DDDD - DISMISSAL DOCKET |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - CHAMBLIN ANTHONY

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | CHAMBLIN ANTHONY | Type: | I-INDIVIDUAL |
| Index: | D SOCIAL SECUR | Alt Name: | | Hardship: Yes | JID: MRC |
| Address 1: | | | | Phone: | (205) 000-0000 |
| Address 2: | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: 35207-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Notice of No Answer: Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 2 - Defendant BUSINESS - SOCIAL SECURITY ADMINISTRATION

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | SOCIAL SECURITY ADMINISTRATION | Type: | B-BUSINESS |
| Index: | C CHAMBLIN ANT | Alt Name: | | Hardship: No | JID: MRC |
| Address 1: | 1200 REV ABRAHAM WOODS BL | | | Phone: | (205) 000-0000 |
| Address 2: | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: 35282-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: 05/16/2022 | Issued Type: S-SHERIFF | Reissue: 08/04/2022 | Reissue Type: C-CERTIFIED MAIL |
| Return: 06/15/2022 | Return Type: F-RETURNED NOT FOUND | Return: | Return Type: |
| Served: 08/16/2022 | Service Type C-CERTIFIED MAIL | Service On: | Notice of No Answer: Served By: |
| Answer: | Answer Type: | Notice of No Service: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|------------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $7.82 | $7.82 | $0.00 | $0.00 | 0 |
| ACTIVE | N | DV00 | C001 | 000 | $216.00 | $0.00 | $216.00 | $0.00 | 0 |
| ACTIVE | N | SHER | C001 | 000 | $10.00 | $0.00 | $10.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $0.00 | $45.00 | $0.00 | 0 |
| | | | | Total: | $278.82 | $7.82 | $271.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|------------------|-------------|---------------------|-------------------|----------------|--------|------------|----------|------------|-----------|--------|----------|----------|
| 08/02/2022 | RECEIPT | AOCC | 2022217 | 550264000 | $7.82 | C001 | 000 | | N | | | LAB |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|-------|------|------|----------|----------|
| 4/12/2022 | 3:30 PM | ECOMP | COMPLAINT E-FILED. | 000000 |
| 4/12/2022 | 3:35 PM | FILE | FILED THIS DATE: 04/12/2022          (AV01) | LAB |
| 4/12/2022 | 3:35 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | LAB |
| 4/12/2022 | 3:35 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | LAB |
| 4/12/2022 | 3:35 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | LAB |
| 4/12/2022 | 3:35 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | LAB |
| 4/12/2022 | 3:35 PM | ASSJ | ASSIGNED TO JUDGE: MARTHA REEVES COOK     (AV01) | LAB |
| 4/12/2022 | 3:35 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | LAB |
| 4/12/2022 | 3:35 PM | C001 | LISTED AS ATTORNEY FOR C001: PRO SE     (AV02) | LAB |
| 4/12/2022 | 3:35 PM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | LAB |
| 4/12/2022 | 3:35 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | LAB |
| 4/12/2022 | 3:35 PM | C001 | C001 PARTY ADDED: CHAMBLIN ANTHONY     (AV02) | LAB |
| 4/12/2022 | 3:35 PM | D001 | D001 PARTY ADDED: SOCIAL SECURITY ADMINISTRATION | LAB |
| 4/12/2022 | 3:35 PM | D001 | INDIGENT FLAG SET TO: N          (AV02) | LAB |
| 4/12/2022 | 3:35 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE     (AV02) | LAB |
| 4/12/2022 | 3:35 PM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | LAB |
| 4/21/2022 | 8:25 AM | DAT1 | CIVIL DOCKET SET ON 01/12/2023 FOR DISMISSAL(AV24) | LAB |
| 5/4/2022 | 9:21 AM | C001 | INDIGENT FLAG SET TO: Y          (AV02) | LAB |
| 5/13/2022 | 10:13 AM | JEORDE | ORDER E-FILED - AFFIDAVIT OF SUBSTANTIAL HARDSHIP GRANTED - RENDERED & ENTERED: 5/13/2022 10:13:06 AM | J |
| 5/13/2022 | 10:13 AM | D001 | SHERIFF ISSUED: 05/13/2022 TO D001     (AV02) | AJA |
| 5/16/2022 | 9:05 AM | D001 | SHERIFF ISSUED: 05/16/2022 TO D001     (AV02) | STM |
| 6/22/2022 | 11:33 AM | ESERC | SERVICE RETURN | BEM |
| 6/22/2022 | 11:34 AM | D001 | RETURN OF NOT FOUND ON 06/15/2022 FOR D001  (AV02) | BEM |
| 8/2/2022 | 2:35 PM | ESCAN | SCAN - FILED 8/2/2022 - AMENDED COMPLAINT | LAB |
| 8/4/2022 | 8:34 AM | D001 | REISSUE OF CERTIFIED MA ON 08/04/2022 FOR D001 | SHA |
| 8/4/2022 | 8:37 AM | ESCAN | SCAN - FILED 8/2/2022 - SUMMONS AND COMPLAINT | SHA |
| 8/4/2022 | 11:55 AM | ESCAN | SCAN - FILED 8/4/2022 - NOTICE | SHA |
| 8/18/2022 | 10:51 AM | D001 | SERVICE OF CERTIFIED MAI ON 08/16/2022 FOR D001 | BEM |
| 8/18/2022 | 10:51 AM | ESERC | SERVICE RETURN | BEM |
| 8/18/2022 | 10:51 AM | ---- | SCANNED - SERVICE RETURN - TRANSMITTAL - E-NOTICE TRANSMITTALS | |

## Images

| Date: | Doc# | Title | Description | Pages |
|-------|------|-------|-------------|-------|
| 4/12/2022 3:34:16 PM | 1 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | HARDSHIP | 3 |

| 4/12/2022 3:34:17 PM | 2 | COMPLAINT | | 7 |
|---|---|---|---|---|
| 5/13/2022 10:13:00 AM | 3 | ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP | ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP | 1 |
| 5/13/2022 10:13:05 AM | 4 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 5/13/2022 10:13:05 AM | 5 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 5/13/2022 10:13:10 AM | 6 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 6/22/2022 11:33:36 AM | 7 | SERVICE RETURN | SERVICE RETURN | 1 |
| 6/22/2022 11:33:41 AM | 8 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 8/2/2022 2:35:59 PM | 9 | AMENDED COMPLAINT | | 6 |
| 8/4/2022 8:37:22 AM | 10 | SUMMONS AND COMPLAINT | ALIAS COMPLAINT TO BE ISSUED BY CERTIFIED MAIL | 7 |
| 8/4/2022 11:55:27 AM | 11 | NOTICE | TO CLERK - CM PACKAGE SCANNING | 3 |
| 8/18/2022 10:51:38 AM | 12 | SERVICE RETURN | SERVICE RETURN | 2 |
| 8/18/2022 10:51:44 AM | 13 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

 **END OF THE REPORT**

ELECTRONICALLY FILED
4/12/2022 3:30 PM
01-DV-2022-902255.00
DISTRICT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

ELECTRONICALLY FILED
4/12/2022 3:30 PM
01-DV-2022-902255.00
DISTRICT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

ELECTRONICALLY FILED
5/13/2022 10:13 AM
01-DV-2022-902255.00
DISTRICT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

CHAMBLIN ANTHONY                    )

                Plaintiff,        )

                          )

                v.               )          Case No.:   DV-2022-902255.00

                          )

SOCIAL SECURITY ADMINISTRATION     )

              Defendant.        )

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP

Affiant is indigent and request is GRANTED. The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 13th day of May, 2022

/s/ MARTHA REEVES COOK
_____

DISTRICT JUDGE

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-DV-2022-902255.00 |
| --- | --- | --- |

## IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA
## ANTHONY CHAMBLIN V. SOCIAL SECURITY ADMINISTRATION

**NOTICE TO:** SOCIAL SECURITY ADMINISTRATION, 1200 REV ABRAHAM WOODS BLVD  (FIRST FLOOR), BIRMINGHAM, AL 35282

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ANTHONY CHAMBLIN

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 4825 YONDERHILL DR, BIRMINGHAM, AL 35207

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 14 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                            *(Name(s))*

| 05/13/2022 | /s/ JACQUELINE ANDERSON SMITH | By: _____ |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                                    *(Name of County)*

Alabama on _____.
*(Date)*

_____        _____        _____
*(Type of Process Server)*              *(Server's Signature)*                    *(Address of Server)*

_____        _____
                                          *(Server's Printed Name)*                *(Phone Number of Server)*

*Alias*

| State of Alabama<br>Unified Judicial System<br><br>Form C-88 (front)     Rev. 6/96 | **STATEMENT OF CLAIM**<br>**(Complaint)**<br>District Civil (Except Small Claims and Detinue Actions) | Case Number<br>01-DV-2022-902755.0 |
|---|---|---|

IN THE DISTRICT COURT OF _Jefferson_ , ALABAMA

_(Name of County)_

_Anthony Chamblin_ v. _Social Security Administration_

Home or Business Address:                              Home or Business Address: P O Box 1200
_Birmingham, AL 35207_        Abraham Woods Blvd Birmingham Al 35285

Home or Business Telephone Number: _____        Home or Business Telephone Number: _____

Name of Attorney: _____                              Additional Defendant: _____

Business Address: _____

Business Telephone Number: _____
Date of
Filing _____

### COMPLAINT

1. The plaintiff claims the defendant owes the plaintiff the sum of $ _20,000_ because:
   *(make a short and plain statement of the claim showing that the plaintiff is entitled to relief.)*

   _Pain + Suffering_

The plaintiff also claims from the defendant court costs in the sum of $ _____ , plus $ _____ for interest
and $ _____ for attorney's fees.

_Jacqueline Anderson Smith_ By: _____        _Anthony Chamblin_

Clerk                                                Plaintiff or Plaintiff's Attorney (Signature)

Clerk's Address: **JACQUELINE ANDERSON SMITH, CLERK**        Attorney Code: _____
**ROOM 400 JEFF CO COURTHOUSE**
**716 RICHARD ARRINGTON JR BLVD., NO.**        Plaintiff's or Plaintiff's Attorney's Phone Number
**BIRMINGHAM, ALABAMA 35203**

Telephone Number: _____

### SUMMONS

To any sheriff or any person authorized by either Rules 4. 1(b)(2) of the Alabama Rules of Civil Procedure to perfect service:
You are hereby commanded to serve this summons and complaint upon the above-named defendant.

### NOTICE TO DEFENDANT

THE COMPLAINT SET OUT ABOVE IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOU RIGHTS.
YOU ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH
ALLEGATION IN THE COMPLAINT, TO THE PLAINTIFF (OR THE ATTORNEY FOR THE PLAINTIFF), AT THE ADDRESS NOTED
ABOVE.

THIS ANSWER MUST BE MAILED OR HAND DELIVERED TO THE CLERK OF COURT AT THE ADDRESS BELOW WITHIN FOURTEEN
(14) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU, OR A JUDGMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. (YOU MUST FILE THE ORIGINAL
ANSWER WITH CLERK OF THIS COURT.)

Dated _____        JACQUELINE ANDERSON SMITH, CLERK

FILED IN OFFICE                                        Clerk ROOM 400 JEFF CO COURTHOUSE
DISTRICT CIVIL DIVISION                                716 RICHARD ARRINGTON JR BLVD., NO.
AUG 02 2022                                            BIRMINGHAM, ALABAMA 35203
                                                       Address of Clerk of Court
JACQUELINE ANDERSON SMITH
CLERK

COURT RECORD (Original)        PLAINTIFF (Copy)        DEFENDANT (Copy)

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM   DIVISION

FILED IN OFFICE
DISTRICT CIVIL DIVISION

APR 1 2 2022

JACQUELINE ANDERSON SMITH
CLERK

**Anthony  W.  Chamblin   SR.**                    )

                                                   )

**Vs**                                             )

                                                   )

**Social Security Administration**                 )


### Seeking damages for  interruption of benefit pain and suffering

The plaintiff started receiving their Social Security benefits in 2020 of April.  On March 3, 2022,  The plaintiff  did not receive any Social Security benefits .  He initially contacted the Social security administration **office and was informed that he was currently working therefore, their  all  benefits were stopped** immediately.  The plaintiff  stopped working in March 2017 due to a stroke.  The  plaintiff has not worked since March 24, 2017. The plaintiff had undergone  four major surgeries and now without any income.

The plaintiff  used Medicare Insurance which is taken out of my Social Security Benefits that the administration has stopped. The insurance stands to be cancelled and the plaintiff  will be without any medical care coverage and medication and doctor care.  The administration claimed initially the plaintiff was now working but could not tell where  the source of income is coming from.  The plaintiff is not aware of any such employment at this time.   The plaintiff  last day of work was in March, 2017 in Odessa, Texas.

The plaintiff is currently suffering from no means to provide personal care or food consumption or to pay for medical services with going through several illnesses. In the last several days in an attempt to gain information as to why their benefits were stopped. Consequently, plaintiff never received a direct answer. The plaintiff was told initially he was working. The next response was he needed to contact the treasury department.

The plaintiff contacted the treasury department but did not get a response relative to their benefits being stopped. The company only gave the pre-recorded information about stimulus offset information that was applied in the amount of 1200.00 dollars given out in 2020 or 2021 but nothing related to the reason for no benefits for the month of March 2022. The plaintiff is seeking damages from the Social Security administration for putting their life in this situation and l their health. There was no explanation given to the plaintiff prior to the suspension of their benefits. The plaintiff benefits were arbitrarily suspended without notice. If a notice was given it could have allowed the plaintiff an opportunity to respond and appeal. The social security administration did not offer the plaintiff no opportunity at all. After calling over four weeks several times to Social Security, the plaintiff was informed that there was a policy issue on their record indicating the plaintiff had not reached full age of retirement age. That was not accurate because the plaintiff is now 69 years old their full retirement age was 67. The representative said he could not see any reason the plaintiff benefits were stopped. Their careless action and negligence has left me with no ability to pay for medical insurance , no means of getting food, no medication. The plaintiff had to cancel all of their doctor's appointments. The plaintiff finally received some correct correspondence stating the real reason for their termination of benefits after several calls. The plaintiff did receive a letter when asked the administration for documentation to submit to the department of Human resources to gain some food stamps.

The information received explained there was an overpayment in the amount of $5,870.00 dollars in an overpayment that the plaintiff had no idea of its existence. This was the first time the plaintiff had any knowledge of this. The plaintiff was never notified at anytime of this overpayment. The social security administration never contacted the plaintiff. The administration did not give the plaintiff any opportunity to be notified of their actions until the plaintiff benefits were terminated and the plaintiff having to call this administration to inquire of the nature of their actions.

The social security administration took the plaintiff's income benefits and arbitrarily applied it to the balance of the overpayment without contacting the plaintiff . The plaintiff was never aware of the amount owed to the administration or if the money was actually owed from him. The administration also asserted that they will continue to take the plaintiff full benefits until all of the money is paid and did not give and will not give the plaintiff any opportunity to dispute the amount owed.

The social security administration states never gave the plaintiff any options to rebut their assertion. In the documentation this social security administration did not offer any opportunity to the plaintiff to respond to this matter. The allegation made by the social security administration that the plaintiff received benefits from September 2017 – December 2017 which resulted in the accumulation of the overpayment. This is why the plaintiff owes this amount. The plaintiff was not receiving any benefits during this time. However, the plaintiff did start receiving benefits in April, 2020. The plaintiff is seeking damages from the defendant for pain and suffering in the amount of $20,000.00.

The plaintiff  also requested the online social security account be immediately terminated  and to cancel the direct deposit set up through Citibank by the fraudulent activity.  In 2015  the plaintiff was employed full time in the state of Texas at Xerox Corporation located in Lewisville, Texas and at Odessa College  located in Odessa, Texas the later part of that year not Alabama. The plaintiff never filed for retirement  until  incurring a  stroke in 2017. The initial correspondence referencing the $3,105.00 dollars  the plaintiff  received was forwardly mailed with the heading address 128 Tin Tern Abbey Alabaster,  Alabama to their address in Dallas. Texas.

 The plaintiff asked the social security administration to investigate for seven years even before the plaintiff would be receiving benefits when the official retirement date arrived.  It appears social security administration  refused to  do so but has arbitrarily made a decision to charge the plaintiff  for the fraudulent activity rather than investigate the matter per the plaintiff request with the fraud. On March 3, 2022,  the  plaintiff did not receive their  benefits check.  The social security administration did not inform him prior to terminating their benefits nor did they investigate any of my information from the seven years ago, when the plaintiff reported the fraud that they had in their possession. They have now  accused me of the fraudulent activity and have taken away my only source of income because instead of doing their job by finding out what actually happen has accused  the plaintiff of fraud..  This administration only wanted to  charge the plaintiff  with the fraud activity instead of investigating anyone else whom  actually committed  the fraud. Currently, the plaintiff is without any money since this was the only source of income to cover medication in which I am  a diabetic, had a stroke  which requires periodic care of from neurologist. Also the plaintiff  had a previous heart attack, now under constant care of the plaintiff Cardiologist . The plaintiff had prostate and hernia  surgery in 2021 and must get four follow up checks ups per year  from his  urologist  post surgery . The plaintiff rely

on the Medicare insurance that is extracted from their social security benefits which since the termination , the plaintiff no longer receives to cover many of the prescription drugs and multiple doctor visits. Consequently, without any benefits, the plaintiff's health is in jeopardy and will continue to suffer and decline. The Social Security refused out of negligence to investigate any of the information I submitted before but has sought to penalize me. The plaintiff was working full time when the fraud activity occurred with a salary of four thousand dollars a month while teaching at Odessa College it makes no sense to file for social security with a penalty to pay it back. The plaintiff he sought help from the social security administration just when the plaintiff realized their account had been compromised to get help but instead of help instead the plaintiff has become the victim.

When the plaintiff filed for retirement could not receive benefits after waiting three years because of the fraud activity. The plaintiff finally received benefits in 2020. Due to the fraud activity, the plaintiff went without insurance and money from social security from 2017 until 2020. The plaintiff is seeking $20,000 thousand dollars in damages and the total of all monies previously extracted from their social security benefits.

The plaintiff was not receiving any benefits at this mentioned date. However, he filed for benefits in 2017 but did not receive any until three years later April, 2020. If the overpayment was calculated incorrectly it was not their responsibility. The plaintiff did not make this error it was the responsibility of the administration if errors were made in the agent's calculation the plaintiff should not me suffering the consequences and going without any means to take care of myself for their mistakes. Furthermore, the administration had three years to analyze, calculate the accuracy of the plaintiff benefits and not hold him accountable five years later. The plaintiff trust the employees calculating his benefits are experience and capable of performing the task.

*Alias*

| State of Alabama Unified Judicial System | **STATEMENT OF CLAIM** (Complaint) | **Case Number** |
|---|---|---|
| Form C-88 (front)    Rev. 6/96 | District Civil (Except Small Claims and Detinue Actions) | 01-DV-2022-902355.0 |

IN THE DISTRICT COURT OF *Jefferson* , ALABAMA
*(Name of County)*

*Anthony Chamblin*                    v. *Social Security Administration*
    **Plaintiff**                              **Defendant**

Home or Business Address: *Birmingham, Al 35207*     Home or Business Address: *1st Flur 1200*
                                                    *Abraham Woods Blvd, Birmingham Al*
Home or Business Telephone Number: _____     Home or Business Telephone Number: _____  *35285*

Name of Attorney: _____                       Additional Defendant: _____

Business Address: _____

Business Telephone Number: _____
Date of Filing _____

---

**COMPLAINT**

1. The plaintiff claims the defendant owes the plaintiff the sum of $ *20,000* because:
   *(make a short and plain statement of the claim showing that the plaintiff is entitled to relief.)*
   *Pain & Suffering*

The plaintiff also claims from the defendant court costs in the sum of $ _____ , plus $ _____ for interest
and $ _____ for attorney's fees.

*Jacqueline Anderson Smith*                          *Anthony Chamblin*
Clerk                        By:                     Plaintiff or Plaintiff's Attorney (Signature)

Clerk's Address: **JACQUELINE ANDERSON SMITH, CLERK**     Attorney Code: _____
**ROOM 400 JEFF CO COURTHOUSE**
**716 RICHARD ARRINGTON JR BLVD., NO.**              Plaintiff's or Plaintiff's Attorney's Phone Number
Telephone Number: **BIRMINGHAM, ALABAMA 35203**

---

**SUMMONS**

To any sheriff or any person authorized by either Rules 4. 1(b)(2) of the Alabama Rules of Civil Procedure to perfect service:
You are hereby commanded to serve this summons and complaint upon the above-named defendant.

---

**NOTICE TO DEFENDANT**

THE COMPLAINT SET OUT ABOVE IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.
YOU ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH
ALLEGATION IN THE COMPLAINT, TO THE PLAINTIFF (OR THE ATTORNEY FOR THE PLAINTIFF), AT THE ADDRESS NOTED
ABOVE.

THIS ANSWER MUST BE MAILED OR HAND DELIVERED TO THE CLERK OF COURT AT THE ADDRESS BELOW WITHIN FOURTEEN
(14) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU, OR A JUDGMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. (YOU MUST FILE THE ORIGINAL
ANSWER WITH THE CLERK OF THIS COURT).

Dated _____

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

AUG 02 2022

JACQUELINE ANDERSON SMITH
CLERK

Clerk: **JACQUELINE ANDERSON SMITH, CLERK**
**ROOM 400 JEFF CO COURTHOUSE**
**716 RICHARD ARRINGTON JR BLVD., NO.**
**BIRMINGHAM, ALABAMA 35203**
Address of Clerk of Court

---

COURT RECORD (Original)          PLAINTIFF (Copy)          DEFENDANT (Copy)

| Form C-88 (back) | Rev. 6/96 | STATEMENT OF CLAIM (Complaint) |
| --- | --- | --- |
| | | District Civil (Except Small Claims and Detinue Actions) |

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____(date).

☐ I certify that I personally delivered a copy of this Statement of Claim (Complaint) at _____ on _____ and on _____ at _____, I served it on the above-named defendant by delivering a copy of the complaint.

Date _____, _____

_____
Sheriff/Deputy Sheriff/Process Server

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM   DIVISION

FILED IN OFFICE
DISTRICT CIVIL DIVISION

APR 1 2 2022

JACQUELINE ANDERSON SMITH
CLERK

| | |
|---|---|
| **Anthony  W.  Chamblin   SR.** | ) |
| | ) |
| **Vs** | ) |
| | ) |
| **Social Security Administration** | ) |

### Seeking damages for  interruption of benefit pain and suffering

The plaintiff started receiving their Social Security benefits in 2020 of April.  On March  3, 2022,  The plaintiff did not receive any Social Security benefits .  He initially contacted the Social security administration **office and was informed that he was currently working therefore, their  all  benefits were stopped** immediately.  The plaintiff  stopped working in March 2017 due to a stroke.  The  plaintiff has not worked since March 24, 2017. The plaintiff had undergone  four major surgeries and now without any income.

The plaintiff  used Medicare Insurance which is taken out of my Social Security Benefits that the administration has stopped. The insurance stands to be cancelled and the plaintiff  will be without any medical care coverage and medication and doctor care.  The administration claimed initially the plaintiff was now working but could not tell where  the source of income is coming from.  The plaintiff is not aware of any such employment at this time.   The plaintiff  last day of work was in March, 2017 in Odessa, Texas.

The plaintiff is currently suffering from no means to provide personal care or food consumption or to pay for medical services with going through several illnesses. In the last several days in an attempt to gain information as to why their benefits were stopped. Consequently, plaintiff never received a direct answer. The plaintiff was told initially he was working. The next response was he needed to contact the treasury department.

The plaintiff contacted the treasury department but did not get a response relative to their benefits being stopped. The company only gave the pre-recorded information about stimulus offset information that was applied in the amount of 1200.00 dollars given out in 2020 or 2021 but nothing related to the reason for no benefits for the month of March 2022. The plaintiff is seeking damages from the Social Security administration for putting their life in this situation and l their health. There was no explanation given to the plaintiff prior to the suspension of their benefits. The plaintiff benefits were arbitrarily suspended without notice. If a notice was given it could have allowed the plaintiff an opportunity to respond and appeal. The social security administration did not offer the plaintiff no opportunity at all. After calling over four weeks several times to Social Security, the plaintiff was informed that there was a policy issue on their record indicating the plaintiff had not reached full age of retirement age. That was not accurate because the plaintiff is now 69 years old their full retirement age was 67. The representative said he could not see any reason the plaintiff benefits were stopped. Their careless action and negligence has left me with no ability to pay for medical insurance , no means of getting food, no medication. The plaintiff had to cancel all of their doctor's appointments. The plaintiff finally received some correct correspondence stating the real reason for their termination of benefits after several calls. The plaintiff did receive a letter when asked the administration for documentation to submit to the department of Human resources to gain some food stamps.

The information received explained there was an overpayment in the amount of $5,870.00 dollars in an overpayment that the plaintiff had no idea of its existence. This was the first time the plaintiff had any knowledge of this. The plaintiff was never notified at anytime of this overpayment. The social security administration never contacted the plaintiff. The administration did not give the plaintiff any opportunity to be notified of their actions until the plaintiff benefits were terminated and the plaintiff having to call this administration to inquire of the nature of their actions.

The social security administration took the plaintiff's income benefits and arbitrarily applied it to the balance of the overpayment without contacting the plaintiff. The plaintiff was never aware of the amount owed to the administration or if the money was actually owed from him. The administration also asserted that they will continue to take the plaintiff full benefits until all of the money is paid and did not give and will not give the plaintiff any opportunity to dispute the amount owed.

The social security administration states never gave the plaintiff any options to rebut their assertion. In the documentation this social security administration did not offer any opportunity to the plaintiff to respond to this matter. The allegation made by the social security administration that the plaintiff received benefits from September 2017 – December 2017 which resulted in the accumulation of the overpayment. This is why the plaintiff owes this amount. The plaintiff was not receiving any benefits during this time. However, the plaintiff did start receiving benefits in April, 2020. The plaintiff is seeking damages from the defendant for pain and suffering in the amount of $20,000.00.

The plaintiff also requested the online social security account be immediately terminated and to cancel the direct deposit set up through Citibank by the fraudulent activity. In 2015 the plaintiff was employed full time in the state of Texas at Xerox Corporation located in Lewisville, Texas and at Odessa College located in Odessa, Texas the later part of that year not Alabama. The plaintiff never filed for retirement until incurring a stroke in 2017. The initial correspondence referencing the $3,105.00 dollars the plaintiff received was forwardly mailed with the heading address 128 Tin Tern Abbey Alabaster, Alabama to their address in Dallas. Texas.

The plaintiff asked the social security administration to investigate for seven years even before the plaintiff would be receiving benefits when the official retirement date arrived. It appears social security administration refused to do so but has arbitrarily made a decision to charge the plaintiff for the fraudulent activity rather than investigate the matter per the plaintiff request with the fraud. On March 3, 2022, the plaintiff did not receive their benefits check. The social security administration did not inform him prior to terminating their benefits nor did they investigate any of my information from the seven years ago, when the plaintiff reported the fraud that they had in their possession. They have now accused me of the fraudulent activity and have taken away my only source of income because instead of doing their job by finding out what actually happen has accused the plaintiff of fraud.. This administration only wanted to charge the plaintiff with the fraud activity instead of investigating anyone else whom actually committed the fraud. Currently, the plaintiff is without any money since this was the only source of income to cover medication in which I am a diabetic, had a stroke which requires periodic care of from neurologist. Also the plaintiff had a previous heart attack, now under constant care of the plaintiff Cardiologist . The plaintiff had prostate and hernia surgery in 2021 and must get four follow up checks ups per year from his urologist post surgery . The plaintiff rely

on the Medicare insurance that is extracted from their social security benefits which since the termination , the plaintiff no longer receives to cover many of the prescription drugs and multiple doctor visits. Consequently, without any benefits, the plaintiff's health is in jeopardy and will continue to suffer and decline. The Social Security refused out of negligence to investigate any of the information I submitted before but has sought to penalize me. The plaintiff was working full time when the fraud activity occurred with a salary of four thousand dollars a month while teaching at Odessa College it makes no sense to file for social security with a penalty to pay it back. The plaintiff he sought help from the social security administration just when the plaintiff realized their account had been compromised to get help but instead of help instead the plaintiff has become the victim.

When the plaintiff filed for retirement could not receive benefits after waiting three years because of the fraud activity. The plaintiff finally received benefits in 2020. Due to the fraud activity, the plaintiff went without insurance and money from social security from 2017 until 2020. The plaintiff is seeking $20,000 thousand dollars in damages and the total of all monies previously extracted from their social security benefits.

The plaintiff was not receiving any benefits at this mentioned date. However, he filed for benefits in 2017 but did not receive any until three years later April, 2020. If the overpayment was calculated incorrectly it was not their responsibility. The plaintiff did not make this error it was the responsibility of the administration if errors were made in the agent's calculation the plaintiff should not me suffering the consequences and going without any means to take care of myself for their mistakes. Furthermore, the administration had three years to analyze, calculate the accuracy of the plaintiff benefits and not hold him accountable five years later. The plaintiff trust the employees calculating his benefits are experience and capable of performing the task.

01-DV-2022-902255.00

01-DV-2022-902255.00

ANTHONY CHAMBLIN V. SOCIAL SECURITY ADMINISTRATION

ALIAS D1



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SOCIAL SECURITY ADMINISTRATION
1200 REV ABRAHAM WOODS JR BLVD
BIRMINGHAM, AL 35285

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 7467 2055 3239 27

2. Article Number *(Transfer from service label)*

7021 1970 0000 4116 8911

PS Form **3811**, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

ALIAS

D1

01-DV-2022-902255 S/C

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
■ Certified Mail®
■ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  Mail Restricted Delivery
  0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7467 2055 3239 27

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK

ROOM 400 JEFF CO COURTHOUSE

716 RICHARD ARRINGTON JR BLVD., NO.

BIRMINGHAM, ALABAMA 35203